# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SECRETARY OF LABOR, United States Department of Labor,**

        **Plaintiff,**

-vs-        Case No. 6:07-cv-1258-Orl-22GJK

**WILLIAM TRAYLOR, JR.,,**

        **Defendant.**

| JUDGE: | Anne C. Conway U.S. District Judge | DATE: | January 29, 2010 1:35PM - 1:48PM |
|---|---|---|---|
| DEPUTY CLERK: | Celeste Herdeman | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF: | Melanie L. Paul | COUNSEL FOR DEFT: | Matt Brown |

## CIVIL CONTEMPT HEARING

Appearances.
The Court inquires with the parties as to the status of the case.
Counsel for the Plaintiff informs the Court an agreement has not been reached.
Counsel for the Defendant responds.
Counsel for the Plaintiff offers additional information to the Court.
Motion for contempt is denied.
Counsel for the Plaintiff shall provide the Court with the final amount owed plus interest.
Final Judgment shall enter forthwith.